THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT F. O'CONNELL, Appellant, *v.* NICHOLAS J. HAYES, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. O'Connell* v. *Hayes,* 111 App. Div. 925, affirmed.
(Submitted January 7; 1907; decided January 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered Feb-

ruary 23, 1906, which dismissed a writ of certiorari to review the proceedings of the defendant in dismissing the relator from the fire department of the city of New York and affirmed said proceedings.

*Charles H. Collins* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Royal E. T. Riggs* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.